**United States District Court**
For the Northern District of California

1

2

3

4

5

6   IN THE UNITED STATES DISTRICT COURT

7   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                              No. C 08-00845 CW

9   MATTHEW ADAM JAY,

10         Petitioner,

11      v.

12   BEN CURRY and MATTHEW CATE,

13         Respondents.
    _____              No. C 08-1998 CW
14
    MATTHEW ADAM JAY,
15
           Petitioner,
16                                              ORDER GRANTING
        v.                                      RESPONDENTS' MOTIONS
17                                              TO DISMISS AND
    BEN CURRY and ARNOLD SCHWARZENEGGER,         CLOSING CASES
18
           Respondents.
19   _____/

20

21

22       The above-captioned cases are petitions for writs of habeas

23   corpus challenging 2006 and 2007 Board of Parole Hearings' (Board)

24   decisions denying Petitioner parole.  Neither petition challenged

25   the validity of the underlying conviction.  Respondents in the

26   above-captioned cases move to dismiss the petitions as moot because

27   Petitioner was released on parole on October 26, 2009 following

28   adjudication of a state court case in which Petitioner challenged

the Governor's January 6, 2009 reversal of the Board's grant of parole.  In both cases, Petitioner has filed a statement of non-opposition and confirms that he has been released from custody.

    "A case is moot when the issues are no longer 'live' or the parties lack a legally cognizable interest in the outcome."  Powell v. McCormack, 395 U.S. 486, 496 (1969).  A habeas petition is moot after an inmate seeking release on parole is released on parole and he has not challenged the validity of the original conviction. Fendler v. United States Bureau of Prisons, 846 F.2d 550, 555 (9th Cir. 1988).

    By being released on parole, Petitioner received the due process that he requested in the captioned cases and there is no longer a "live" controversy between the parties.

     Therefore, based on the fact that Petitioner has been released on parole, the motions to dismiss are granted.  No judgments shall enter because this order is not a ruling on the merits of the petitions.  The clerk shall close the case files.

    IT IS SO ORDERED.


Dated: December 14, 2009          _____
                                  CLAUDIA WILKEN
                                  United States District Judge

United States District Court
For the Northern District of California

2